UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
APR 23 2008
APR 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. JAime Melendec.

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Mr. Presidend
Todd Stroger
cook county JAil
Dept DIV. No. 1-9-1
chicago Il. 60608

08CV2314
JUDGE MANNING
MAG. JUDGE NOLAN

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

__NO__ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

__NO__ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Jaime melender C.

   B. List all aliases: N/0

   C. Prisoner identification number: 20050068408

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002 Illinois 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Cook County Jail DepT. Div. 1-9-1
      Title: Mr. Presiden Mr. Todd Strager
      Place of Employment: 69 W. Washington St. STA/ Chicago IL. 60602

   B. Defendant: _____
      Title: N0
      Place of Employment: N0

   C. Defendant: N0
      Title: N0
      Place of Employment: N/0

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

 A. Name of case and docket number: J Aime melinda C. case No. 07CV 01704 Elane E. Bucklo

 B. Approximate date of filing lawsuit: 03-27-07

 C. List all plaintiffs (if you had co-plaintiffs), including any aliases: No

 D. List all defendants: No

 E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court Northern District of Illinois Eastern Division

 F. Name of judge to whom case was assigned: Elane Bucklo No. 07C1704

 G. Basic claim made: No

 H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

 I. Approximate date of disposition: 03-27-07

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff Demand a Jury Trial
$20 million dollars for
compensatory mental
damages

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __04__ day of __17__, 20__08__

__Jaime Melendez C.__
(Signature of plaintiff or plaintiffs)

__Jaime Melendez C.__
(Print name)

__ID. 20050068408__
(I.D. Number)

__Cook County Jail__
__Div. 1 - P.O. Box 089002__
__Chicago IL 60608__
(Address)

# STATEMENT OF CLAIM

Law suit date Aug, 14--2006
Transfered to this Division No-1

1) Every since June of 2007 I have been repeatedly complaining about had teeth pains and request to see a Dentist too. But it was been almost a year since I first complaining, and I still not have see a Dentist and an still suffering with too aches

2) The food that they serve here at cook county Jail are not enough and it alway cold too. More over an mach 10- 2008 the inmate Detainess whos had seved us the breafast out the Same time which they were picking up the bloody Razer that the tier officer told them to collect because af be did

no want to get up and get them himself.

(3) I have been on tier C-1, for over 18 month's now and every winter month's there have been no heat and hot water here on the unit. Also the sink and one shower head been broken since them too

Dixon Godinez cite 114 F 3d 640 7th Cir Allegedly poor vertitation in prison cell during summer was not unconstitutional condition confinement under Eighth Amendment as prisoner's cell had window which opened in door provided minimu cross ventilation cell had electric fan and prisoner claim that rank air exposed him to diseases, and caused respiratory problems which he would not other wise have

suffered was supported by only conclusory allegation without backing from medical or scientific sources U.S.C.A. Const Amend. 8

## II

Jaime Melender

Cook County Jail Div. 1 Claiming that the condition of his confinement in the prison's protective custody wing violated the Eighth Amend. 42 U.S.C. # 1983 Melender Claimend that his cell became so cold each winter, and he could see his breath while inadequate ventilation. the result is that in winter time the third floor is too hot and the first two Floor. the First Floor are to cold (g-1) When the heat is on the wall "sweat" and as the temperature

(4)

become colder the water freezes on the wall. the basic clothing which official to each prisoner who to has long underwear. Each prisoner also has two sheets and 4 blanket. Mr. Lender asserted that this clothing was insufficient to keep his extremities from getting freesing cold while he sits in his cell and made it impossible to sleep despite the cold if he bundled up in all the clothing. resquest for space heater and extra blanket. Prison condition may be harsh and uncomfortable without violating the Eighth Amendment prohibition against cruel and unusual punishment. Farmer Brennan = 511 U.S. 77 833-34 - 114 S.CT. 1970

(5)

1977. 128 L. Ed 811 (1994) Prisoner's are how ever entitled to "the minimal civized adequate. For this reason prisoner's have a right protection from extreme cold.

Trough we do no say that it can never be resolved on summary Judment the question of whether the severity of the cold in combination with the length of time which the inmate had to endure it was sufficient to violate the Eighth Amend. as one whic will often be peculiarly appropriate for resolution by trier fact

I have been on trier 9-1-2 year the heat he has broker
01-01-06 =
01-01-07  The triel
01-01-08   repeak
02-15-08

G-1 #8

Part-A / Control #: _____X_____
Referred To: Chief Div 1
☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Melendez    First Name: Jaime
ID #: 2005-0068408   Div.: 1   Living Unit: G1   Date: 2/26/08

BRIEF SUMMARY OF THE COMPLAINT: I have been on tier G1 for over 18 months now and every winter months there have been no heat and hot water here on the Unit. Also, the sink and one shower head have been broken since then too.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: Jaime Melendez

C.R.W.'S SIGNATURE: [signature]    DATE C.R.W. RECEIVED: 2/26/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control # 2008 X 0447

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Melendez   **First Name:** Jamie   **ID#:** 005-00654/08

**Is This Grievance An Emergency?** YES ☐   NO ☒

**C.R.W.'S Summary Of The Complaint:** Lack of Dental Attention

**C.R.W. Referred Griev. To:** Cermak / Dental   **Date Referred:** 3/11/08

**Response Statement:** Referred to DIV Physician

_(illegible signatures)_   **Date:** 3/12/08   **Div./Dept:** CHS
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

  **Date:** 3/12/08   **Div./Dept:**
(print - name of Supt./ Designee / Dept. Admin.) (signature of Supt./ Designee / Dept. Admin.)

  **Date:** 3/12/08
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** 3/13/08   **Detainee Signature:** _(signature)_

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** 3/13/08

**Detainee's Basis For An Appeal:** I request for an appeal and for medical treatment by Cermak Health service and its Doctor/Staff

**Appeal Board's Acceptance Of Detainee's Request:** YES ☐   NO ☒

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:** Per CHS Admin. detainee is on waiting list for dental.

**Appeal Board's Signatures / Dates:** _(signature)_ 4/5/08   _(signature)_ 4/8/08

**Date Detainee Rec.'d the Appl. Bd.'s Response:** 4/15/08   **Detainee Signature:** ____

**GRIEVANCE CODE(S):** ( ___ ) ( ___ ) ( ___ ) ( ___ )

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Jaime C.     First Name: Melendez

ID #: 2005-0074908    Div.: 1    Living Unit: G-1    Date: 3/10/08

BRIEF SUMMARY OF THE COMPLAINT: The food that they serve here at Cook County Jail are not enough, and it's always cold too. Moreover, on March 10, 2008, the inmate/detainees whom had served us the "breakfast" at the same time which they were picking up the bloody razors that the tier officer told them to collect, because he did not want to get up and get them himself.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
social worker, tier officer and others

ACTION THAT YOU ARE REQUESTING:
I need better prepare food and professional food servers

DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: 3/11/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control # 2008X0447

Referred To: CERMAK

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Jamie C.     First Name: Melendez

ID #: 2005-0068908   Div.: 1   Living Unit: GL   Date: 3/10/08

BRIEF SUMMARY OF THE COMPLAINT: Every since June of 2007, I have been repeatedly complaining about bad teeth pains and request to see a Dentist too. But it has been almost a year since I first complained and I still not have seen a Dentist and am still suffering with tooth aches.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Social worker, tier Officer and Cermak Health services

ACTION THAT YOU ARE REQUESTING:
I need to see a Dentist for my teeth pains.

DETAINEE SIGNATURE: [signature]

C.R.W.'S SIGNATURE: [signature]     DATE C.R.W. RECEIVED: 3/11/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

PEOPLE OF THE STATE OF ILLINOIS

VS                         NUMBER 05CR2202002

JAIME     MELENDEZ

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

```
  720-570/401(a)(2)(D)                F       MFG/DEL 900+ GR COCAINE/ANLG
```
The following disposition(s) was/were rendered before the Honorable Judge(s):

```
09/20/05 IND/INFO-CLK OFFICE-PRES JUDGE        10/05/05 1701
     05CR2202002 ID# CR100680698
09/29/05 CASE ADVANCED                          10/05/05
     BIEBEL, PAUL JR.
09/29/05 CASE ASSIGNED                          09/29/05 1703
     BIEBEL, PAUL JR.
09/29/05 DEFENDANT IN CUSTODY                   00/00/00
     FOX, LAWRENCE P.
09/29/05 PRISONER DATA SHEET TO ISSUE           00/00/00
     FOX, LAWRENCE P.
09/29/05 PUBLIC DEFENDER APPOINTED              00/00/00
     FOX, LAWRENCE P.
09/29/05 DEFENDANT ARRAIGNED                    00/00/00
     FOX, LAWRENCE P.
09/29/05 PLEA OF NOT GUILTY                     00/00/00
     FOX, LAWRENCE P.
09/29/05 MOTION FOR DISCOVERY                   00/00/00 F          1
     FOX, LAWRENCE P.
09/29/05 DISCOVERY ANSWER FILED                 00/00/00            1
     FOX, LAWRENCE P.
09/29/05 ADMONISH AS TO TRIAL IN ABSENT         00/00/00
     FOX, LAWRENCE P.
09/29/05 FULL CASH DEPOSIT REQ FOR BAIL         00/00/00       $  50000
     FOX, LAWRENCE P.
09/29/05 ADMONISH AS TO TRIAL IN ABSENT         00/00/00
     FOX, LAWRENCE P.
09/29/05 CONTINUANCE BY AGREEMENT               10/31/05
     FOX, LAWRENCE P.
10/31/05 DEFENDANT IN CUSTODY                   00/00/00
     FOX, LAWRENCE P.
```