IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAIME MELENDEZ (#2005-0068408). ) | | |
| Plaintiff, ) | | |
| v. ) | No. 08 C 2314 | |
| ) | Judge Blanche M. Manning | |
| TODD STROGER, Cook County ) | | |
| Board President. ) | | |
| Defendant. ) | | |

## MOTION FOR RELIEF FROM APPOINTMENT

Lorie Chaiten hereby moves, pursuant to Local Rule 83.38, for relief from appointment in the above-captioned matter. In support of this motion, Ms. Chaiten states as follows:

1. On May 6, 2008, this Court appointed Ms. Chaiten to represent Jaime Melendez in the above-captioned matter. According to the Court's order, Mr. Melendez has filed this suit as a *pro se* action pursuant to 42 U.S.C. § 1983, claiming that the defendant, the President of the Cook County Board of Commissioners, has violated Mr. Melendez' constitutional rights by acting with deliberate indifference to his medical needs and by subjecting him to inhumane conditions of confinement.

2. This Court conducted a threshold review of the complaint, pursuant to 28 U.S.C. 1915A, and concluded that Mr. Melendez has articulated colorable federal causes of action with respect to the conditions of his confinement. However, the Court also concluded that Mr. Melendez does not appear to have the wherewithal to litigate this matter, and, accordingly, appointed Ms. Chaiten to represent him pursuant to Local Rule 83.37.

3. Ms. Chaiten is a senior staff attorney and Director of the Reproductive Rights Project for the Roger Baldwin Foundation of the ACLU of Illinois, a not-for-profit organization whose program focuses on the preservation, protection and advancement of constitutional rights. Ms. Chaiten and her colleagues devote the lion's share of their time to serving low income and underrepresented individuals and communities in Illinois, including representing underserved litigants in the federal courts. For example, Roger Baldwin Foundation attorneys represent in this Court the youth detained in the Cook County Juvenile Detention Center in a challenge to the conditions of confinement at the Detention Center (*Jimmy Doe v. Cook County*, 99 C 3145), young women in Illinois in a challenge to the constitutionality of the Illinois Parental Notice of Abortion Act of 1995 (*Zbaraz v. Madigan*, No. 84 C 771), and persons suffering from mental illness who are housed in Institutions for Mental Disease and persons with developmental and physical disabilities who reside in large nursing homes, seeking housing in integrated settings in the community. (Respectively: *Williams v. Blagojevich*, 05 C 4673, *Ligas v. Maram*, 05 C 4331, *Colbert v. Blagjevich*, 07 C 4737). Roger Baldwin Foundation attorneys also have served in the past as class counsel to the plaintiffs in the two major actions directed at conditions and mental health care services to persons at the Cook County Jail. (Respectively: *Durand v. Elrod, Harrington v. DeVito*).

4. Ms. Chaiten and the other attorneys at the Roger Baldwin Foundation devote a substantial portion of the Foundation's limited resources to these and other cases seeking relief for the underserved. Ms. Chaiten does not seek to avoid her responsibilities as a member of this Court's trial bar; it is simply that appointment in this matter will necessitate a reallocation of Foundation resources from one segment of underserved

populations to another without adding to the overall representation of underserved persons.

      WHEREFORE, Ms. Chaiten respectfully requests, pursuant to Local Rule 83.38, relief from appointment in this matter.


Dated: May 16, 2008                        Respectfully submitted,

                                            /s/ Lorie A Chaiten
                                                Lorie A. Chaiten
                                                Roger Baldwin Foundation of ACLU, Inc.
                                                180 N. Michigan Avenue
                                                Suite 2300
                                                Chicago, Illinois 60601
                                                phone: 312/201-9740
                                                fax: 312/288-5225