IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAIME MELENDEZ (#2005-0068408). | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 2314 |
| | ) | Judge Blanche M. Manning |
| TODD STROGER, Cook County Board President. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: PERSONS LISTED IN CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE, that on Tuesday, May 27, 2008, at 11:00a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before Judge Blanche M. Manning, Room 2125, U.S. District Court for the Northern District of Illinois, Eastern Division and then and there present the attached **MOTION FOR RELIEF FROM APPOINTMENT**, which was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division on May 16, 2008, a copy of which is hereby served upon you.

By: ___/s/ Lorie A. Chaiten
        Lorie A. Chaiten

## CERTIFICATE OF SERVICE

I, Lorie A. Chaiten, an attorney, hereby certify that on the 16th day of May, 2008, I served a copy of **NOTICE OF MOTION,** and **MOTION FOR RELIEF FROM APPOINTMENT,** to the persons listed below by ECF, on May 16, 2008.

**BY ECF ELECTRONIC SERVICE:**

Prisoner Correspondence     prison1_ilnd@ilnd.uscourts.gov

/s/ Lorie A. Chaiten
_____