## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2314 | **DATE** | 5/23/2008 |
| **CASE TITLE** |  | Melendez vs. Stroger | |

**DOCKET ENTRY TEXT**

Motion by Lorie A. Chaiten for relief from appointment [6] is granted. This court appoints Eric Dorkin, Holland & Knight, LLP, 131 S. Dearborn, 30th Floor, Chicago, IL 60603, (312)263-3600 as counsel for plaintiff.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|