## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2314 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Melendez vs. Stroger | | |

**DOCKET ENTRY TEXT**

Minute order of 5/23/2008 appointing Eric Dorkin as counsel for plaintiff is hereby vacated. This court appoints Miguel A. Ruiz, Pretzel & Stouffer Chartered, 1 South Wacker Drive, Suite 2500, Chicago, IL 60606, (312)346-1973 as counsel for plaintiff. The remainder of the minute order granting the motion for relief from appointment [6] to stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|