IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAIME MELENDEZ (#2005-0068408), )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TODD STROGER, Cook County )<br>Board President, )<br>)<br>Defendant. ) | No. 08 C 2314<br>Judge Blanche M. Manning |

## MOTION FOR RELIEF FROM APPOINTMENT

Miguel A. Ruiz moves this Honorable Court, pursuant to Local Rule 83.38, for relief from appointment in the above-captioned matter. In support of this motion, Mr. Ruiz states as follows:

1. On May 29, 2008, this Honorable Court appointed Mr. Ruiz to represent the plaintiff, Mr. Jaime Melendez, in this matter. Mr. Melendez has filed this suit as a *pro se* litigant and pursuant to 42 U.S.C. § 1983, claiming that the defendant, the President of the Cook County Board of Commissioners, violated his constitutional rights by acting with deliberate indifference to his medical needs and by subjecting him to inhumane conditions of confinement. More specifically, Mr. Melendez alleges nutritionally inadequate food and negligent food handling practices at the Cook County Jail facility.

2. ARAMARK Managed Services is the concession holder for the food services at the Cook County Jail facility. ARAMARK is represented by this firm and is currently represented by this firm in litigation matters involving allegations similar to those made against it by Mr. Melendez. (Please see the attached Exhibit A, which is a list of all current matters being handled by this firm on behalf of ARAMARK Services).

3. Mr. Ruiz does not seek to avoid his responsibilities as a member of this court's trial bar, but his firm's representation of ARAMARK Services presents him with a conflict of interest and renders him unable to represent Mr. Melendez in this matter.

WHEREFORE, Mr. Ruiz respectfully requests the entry of an order pursuant to Local Rule 83.38, granting him relief from appointment in this matter.

Dated: June 6, 2008                             Respectfully submitted,

                                                    /s/ Miguel A. Ruiz
                                                    Miguel A. Ruiz
                                                    Pretzel & Stouffer, Chartered
                                                    One South Wacker Drive
                                                    Suite 2500
                                                    Chicago, Illinois 60606
                                                    (312) 346-1973

**Pretzel & Stouffer, Chartered, represents ARAMARK in the following cases currently pending in federal court:**

- Evans v. Sheriff of Cook County, Case No. 07-CV-3723. Judge Zagel

- Michael Lewis v. Department of Human Services, Case No. 04 C 0758. Judge Dow

- Larry Martin v. Sheriff of Cook County, Case No. 07-CV-0766. Judge Pallmeyer.

- Juan McGee v. Department of Human Services, Case No. 06 CV 3538. Judge Zagel.

- James McRoy v. Sheriff of Cook County, on appeal; affirmed by 7th Circuit.

EXHIBIT A