IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAIME MELENDEZ (#2005-0068408), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 2314 |
| ) | Judge Blanche M. Manning |
| TODD STROGER, Cook County ) | |
| Board President, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE, that on  Thursday  ,  June 12 , 2008, at 11:00  a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before Judge Blanche M. Manning, Room 2125, U.S. District Court for the Northern District of Illinois, Eastern Division and then and there present the attached **MOTION FOR RELIEF FROM APPOINTMENT**, which was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division on June 6, 2008, a copy of which is hereby served upon you.

                                                      By:     /s/ Miguel A. Ruiz
                                                            Miguel A. Ruiz

**CERTIFICATE OF SERVICE**

     I, Miguel A. Ruiz, an attorney, hereby certify that on the 6th day of June, 2008, I served a copy of the **NOTICE OF MOTION**, and **MOTION FOR RELIEF FROM APPOINTMENT**, to the persons listed below by ECF on June 6, 2008

**BY ECF ELECTRONIC SERVICE:**

Prisoner Correspondence     prison1_ilnd@ilnd.uscourts.gov

                                                               /s/ Miguel A. Ruiz