# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2314 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Melendez vs. Stroger, et al. | | |

**DOCKET ENTRY TEXT**

Miguel A. Ruiz's motion for relief from appointment [10] is granted. The court appoints Jeanne M. Gills, Foley & Lardner LLP, 321 N. Clark, Suite 2800, Chicago, IL 60610, (312)832-4583 as counsel for plaintiff. Status hearing set to 7/8/2008 at 11:00 a.m.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | rs |
|---|---|---|