IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAIME MELENDEZ (#2005-0068408), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 2314 |
| | ) | Judge Blanche M. Manning |
| TODD STROGER, Cook County | ) | |
| Board President, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR RELIEF FROM APPOINTMENT

Jeanne M. Gills ("Ms. Gills") moves this Honorable Court, pursuant to Local Rule 83.38, for relief from appointment in the above-captioned matter. In support of this Motion, Ms. Gills states as follows:

1. Plaintiff Jaime Melendez filed this suit as a *pro se* litigant and pursuant to 42 U.S.C. § 1983, claiming that Defendant Todd Stroger, the President of the Cook County Board of Commissioners, violated his constitutional rights by acting with deliberate indifference to his medical needs and by subjecting him to inhumane conditions of confinement. More specifically, Mr. Melendez alleges nutritionally inadequate food and negligent food handling practices at the Cook County Jail facility.

2. The case docket represents that on or about June 12, 2008, this Honorable Court appointed Ms. Gills to represent the plaintiff, Mr. Melendez, in this matter. However, Ms. Gills did not receive notice of such appointment. She first learned of this case on July 11, 2008 when she received an ECF notice from the Court's electronic docket of the prior status hearing on July 8, 2008. Upon receiving this notice, Ms. Gills reviewed the Court's docket for the background of this matter and conducted the necessary conflicts checks.

3. In Mr. Melendez' Complaint, he complains of the food that is served at the Cook Country Jail facility. ARAMARK Managed Services is the concession holder for the food services at the Cook Country Jail facility. ARAMARK is currently represented by Ms. Gills' law firm (Foley & Lardner LLP) in litigation matters, and her law firm has handled allegations by others similar to those made against ARAMARK by Mr. Melendez. *See, e.g., Mikael Cuyler v. Aramark Food Service, Inc.*, Case No. 04-2007-CA-007 (8th Jud. Cir. Ct., Bradford Cty, Fla.). Foley & Lardner also currently represents ARAMARK and related entities in other corporate and litigation matters.

CHIC_3203688.1

-2-

      4.      Ms. Gills does not seek to avoid her responsibilities as a member of this Court's Trial Bar, but her firm's representation of ARAMARK presents her with a conflict of interest and renders her unable to represent Mr. Melendez in this matter.

      5.      Ms. Gills is traveling on July 17, 2008 in connection with a matter that cannot be rescheduled, and July 17th is the same day as the status hearing for this case and the date of this Motion.  However, she will have a colleague attend in order to present this Motion.

      WHEREFORE, Ms. Gills respectfully requests the entry of an Order pursuant to Local Rule 83.38, granting her relief from appointment in this matter.

Dated:  July 14, 2008                        Respectfully submitted,

                                                        /s/ Jeanne M. Gills
                                                        Jeanne M. Gills (ARDC # 6225018)
                                                        FOLEY & LARDNER LLP
                                                        321 North Clark Street, Suite 2800
                                                        Chicago, Illinois  60654-5313
                                                        Tel: (312) 832-4500
                                                         Fax: (312) 832-4700
                                                        Email: jmgills@foley.com