IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAIME MELENDEZ (#2005-0068408), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 2314 |
| | ) | Judge Blanche M. Manning |
| TODD STROGER, Cook County Board President, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE**, that on **Thursday, July 17, 2008**, at **11:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Blanche M. Manning, Room 2125, U.S. District Court for the Northern District of Illinois, Eastern Division and shall then and there present the attached **MOTION FOR RELIEF FROM APPOINTMENT**, which was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division on July 14, 2008, a copy of which is hereby served upon you.

                                                    By: /s/ Jeanne M. Gills
                                                        Jeanne M. Gills (ARDC # 6225018)
                                                        FOLEY & LARDNER LLP
                                                        321 North Clark Street, Suite 2800
                                                        Chicago, Illinois  60664
                                                        Tel: (312) 832-4500
                                                        Fax: (312) 832-4700
                                                        Email: jmgills@foley.com

**CERTIFICATE OF SERVICE**

    I, Jeanne M. Gills, an attorney, hereby certify that on the 14th day of July, 2008, I served a copy of the **NOTICE OF MOTION**, and **MOTION FOR RELIEF FROM APPOINTMENT**, to the persons listed below by ECF on July 14, 2008.

BY ECF ELECTRONIC SERVICE:

Prisoner Correspondence     prison1_ilnd@ilnd.uscourts.gov

                                                                                       /s/ Jeanne M. Gills