# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2314 | **DATE** | 7/16/2008 |
| **CASE TITLE** | Melendez vs. Stroger | | |

**DOCKET ENTRY TEXT**

Jeanne M. Gills' motion for relief from appointment [14] is granted. A new attorney will be appointed. Status hearing set to 7/17/2008 is stricken. A new status hearing will be set after the new attorney is appointed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|