# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2314 | **DATE** | 7/18/2008 |
| **CASE TITLE** | Melendez vs. Stroger | | |

**DOCKET ENTRY TEXT**

The court appoints Peter C. McLeod, Fletcher & Sippel, LLC, 29 N. Wacker Drive, Suite 920, Chicago, IL 60606-2832, (312)252-1546 as counsel for plaintiff. Status hearing set to 8/21/2008 at 11:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|